In the Matter of HERBERT BROWNELL, JR., et al., Appellants, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Respondents.

(Argued November 1, 1933; decided November 2, 1933.)

*A. S. Gilbert* and *Aaron Benenson* for Herbert Brownell, Jr., et al., appellants.

*John M. Harlan* and *Charles C. MacLean, Jr.*, for City Fusion Party, appellant.

*A. Welles Stump* for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.